JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO A. HINOJOSA, | Case No. SA CV 12-965 GAF (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 15, 2013

_____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE

**JS-6**