O

CLOSED 194

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO A. HINOJOSA, | ) | Case No. 8:12-cv-00965 DDP-MRW |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT AND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| DAVE DAVEY, Acting Warden, | ) | |
| Respondent. | ) | |

Petitioner Antonio A. Hinojosa's petition for a writ of habeas corpus contends that state law changes to the method of calculating prisoners' good time credits, enacted after Petitioner engaged in underlying criminal conduct and was convicted, violates the Ex Post Facto Clause. The Ninth Circuit Court of Appeals reversed the denial of the petition, remanded to this court, and issued a mandate. (Dkt. 46, 47.) In accordance with the Ninth Circuit's instructions, Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Respondent shall release Petitioner on the date he would

///

///

have been released under the good time credit guidelines applicable under California Penal Code § 2933.6 prior to January 10, 2010.

IT IS SO ORDERED.

Dated: September 29, 2015

DEAN D. PREGERSON
United States District Judge